FILED
November 30, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003105687

Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton, #202821
Staff Attorney
PO BOX 28950
Fresno, California 93729-8950
Telephone (559) 275-9512
Fax (559) 275-9518

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

IN RE:

Rena E. Farrington

　　　Debtor,

CASE NO. 10-62050-B-13F
DC NO.: MHM-1

CHAPTER 13 PROCEEDING

MOTION FOR ORDER OF DISMISSAL
PURSUANT TO 11 U.S.C. SECTION 1307

DATE : 　January 13, 2011
TIME : 　1:30 PM

PLACE: 　U.S. Courthouse
　　　　　Dept. B, Courtroom 12, 5th Floor
　　　　　2500 Tulare Street
　　　　　Fresno, Ca 93721

JUDGE: 　HON. W. Richard Lee

**TO THE DEBTOR AND DEBTORS ATTORNEY**:

**YOU AND EACH OF YOU** are hereby notified that Michael H. Meyer, Chapter13 Standing Trustee will move for an **ORDER OF DISMISSAL** of the above-referenced case pursuant to Section 1307 of the Bankruptcy Code at the time and place set forth above for the following reason(s):

1. Unreasonable delay by the Debtor that is prejudicial to creditors. [1307(c)(1)]

2. Failure to commence making timely plan payments under section 1326 of this title. [1307(c)(4)]

3. Cause [1307(c)], which includes but is not limited,

　　　a. failure file a confirmable plan;

　　　b. failure to file complete and accurate schedules and statements;

1

c. failure to provide the trustee with the following required or requested documentation:

      - Class 1 Mortgage Checklist with payment coupon or latest statement

      -Domestic Support Checklist

      -Authorization to Release Information

      -Wage Order

      -2009 State and Federal Tax Returns

      -Six Months of Pay Stubs, Profit and Loss Statements and/or other evidence of income for the six months prior to filing.

    d. failure to notice and set a plan for hearing.

Dated: 11/30/10

          /s/ Deanna K Hazelton
          Deanna K. Hazelton, Staff Attorney for
          MICHAEL H. MEYER Chapter 13 Trustee

2