FILED
November 30, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003105688

Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton, #202821
Staff Attorney
PO BOX 28950
Fresno, California 93729-8950
Telephone (559) 275-9512
Fax (559) 275-9518

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

IN RE:

Rena E. Farrington

Debtor,

CASE NO.: 10-62050-B-13F
DC NO.: MHM-1

CHAPTER 13 PROCEEDING

NOTICE OF HEARING ON MOTION FOR ORDER OF DISMISSAL PURSUANT TO 11 U.S.C. SECTION 1307

DATE : January 13, 2011
TIME : 1:30 PM
PLACE:
U.S. Courthouse
Dept. B, Courtroom 12, 5th Floor
2500 Tulare Street
Fresno, Ca 93721

JUDGE: HON. W. Richard Lee

TO THE DEBTOR, THE COURT AND OTHER INTERESTED PERSONS:

PLEASE TAKE NOTICE that the Motion to Dismiss will come for hearing on January 13, 2011, at 1:30 PM , before the Honorable W. Richard Lee of the United States Bankruptcy Court, located at 2500 Tulare Street, 5th Floor, Fresno, Ca 93721 at which time the Court will consider the pleadings and papers of the Motion.

The Motion is being brought pursuant to Local Bankruptcy Rule 9014-1(f)(1) and Federal Rules of Bankruptcy Procedure.

**YOUR RIGHTS MAY BE AFFECTED.** You should read the papers carefully and discuss them with your attorney, if you have one.  If you do not have an attorney, you may wish to consult one.

4

Opposition, if any, to the Motion shall be in writing and shall be <u>served and filed with the Court by the responding party at least fourteen (14) days preceding the date of the hearing</u>. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to the motion if written opposition has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the Motion or may result in the imposition of sanctions.

You must serve a copy on:
    (a)    Michael H. Meyer by email at : **cvinson@meyer13.com**
            Or by first class mail at
            P.O BOX 28950
            Fresno, Ca 93729-8950

    (b)    The US Trustee's Office: **ustpRegion17.fr.ecf@usdoj.gov**

the responding party consents to the Court's resolution of disputed material factual issues pursuant to <u>FRCivP 43(e)</u> as made applicable by <u>FRBP 9017</u>. If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to resolution of the motion and all disputed material factual issues pursuant to <u>FRCivP 43(e)</u>.

DATE: 11/30/10

                              / s/ DEANNA K HAZELTON
                              Michael H. Meyer, Chapter 13 Trustee