Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton, #202821
Staff Attorney
PO BOX 28950
Fresno, California 93729-8950
Telephone (559) 275-9512
Fax (559) 275-9518

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

IN RE:

Rena E. Farrington

Debtor

CASE NO. 10-62050-B-13F
DC NO.: MHM-1

CHAPTER 13 PROCEEDING

DECLARATION OF DEANNA K. HAZELTON IN SUPPORT OF MOTION FOR ORDER OF DISMISSAL PURSUANT TO 11 U.S.C. SECTION 1307

DATE : January 13, 2011
TIME : 1:30 PM

PLACE: U.S. Courthouse
Dept. B, Courtroom 12, 5th Floor
2500 Tulare Street
Fresno, Ca 93721

JUDGE: HON. W. Richard Lee

I, Deanna K. Hazelton, declare,

1. I am an attorney duly licensed to practice before the courts of the state of California and the Eastern District of California. I am the staff attorney for the Standing Chapter 13 Trustee, Michael H. Meyer, in the above-entitled proceeding. If called to testify to the facts set forth in the Trustee's Motion to Dismiss, I could and would testify competently to those facts to which I have personal knowledge. As to all other facts, I believe them to be true. The following is of my own personal knowledge and if called to testify, I could and would testify as follows:

2. I have reviewed the above referenced matter and all documents received by our office regarding this matter.

/////

FILED
November 30, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003105689

3. The Trustee's office has not received the following required and/or requested documents:

- Class 1 Mortgage Checklist with payment coupon or latest statement
-Domestic Support Checklist
-Authorization to Release Information
-Wage Order
-2009 State and Federal Tax Returns
-Six Months of Pay Stubs, Profit and Loss Statements and/or other evidence of income for the six months prior to filing.

4. Creditors are currently stayed from taking any actions allowed under state law, pending this bankruptcy. Creditors cannot be paid until confirmation of the plan. This case cannot be confirmed while we are awaiting amendments and documents from the debtors. Debtors have provided no reasonable explanation for the delay other than a lack of knowledge of Chapter 13 bankruptcy procedures. As such, there is unreasonable delay that is prejudicial to the creditors.

5. Debtor's plan was filed incomplete. Debtor indicated no amount for plan payment.

I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on November 30, 2010 at Fresno, California.

/s/ Deanna K. Hazelton
Deanna K Hazelton

3