FILED
November 30, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003105690

Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton, #202821
Staff Attorney
PO BOX 28950
Fresno, California 93729-8950
Telephone (559) 275-9512
Fax (559) 275-9518

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

IN RE:

Rena E. Farrington

    Debtor

CASE NO.: 10-62050-B-13F
DC NO.: MHM-1

CHAPTER 13 PROCEEDING

PROOF OF SERVICE BY MAIL

DATE : January 13, 2011
TIME : 1:30 PM

PLACE: U.S. Courthouse
Dept. B, Courtroom 12, 5th Floor
2500 Tulare Street
Fresno, Ca 93721

JUDGE: HON. W. Richard Lee

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of eighteen years and not a party to the within action. My business address is PO Box 28950. Fresno, California 93729-8950.

On the date below I served the following documents described as: **MOTION FOR ORDER OF DISMISSAL PURSUANT TO 11 U.S.C. SECTION 1307, NOTICE OF HEARING ON MOTION FOR ORDER OF DISMISSAL PURSUANT TO 11 U.S.C. 1307 and DECLARATION IN SUPPORT OF MOTION FOR ORDER OF DISMISSAL PURSUANT TO 11 U.S.C. 1307**
I served the above documents on the interested parties by placing a true and correct copy thereof in a sealed envelope with the Trusteeship's mail room personnel for affixing a fully prepaid postage and mailing in the United States mail at Fresno, California in accordance with Trusteeship's ordinary practices, addressed as set forth below:

Debtor:
Rena E. Farrington
P O Box 3678
Oakhurst, Ca 93644

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. This declaration was executed on November 30, 2010 at Fresno, California.

/s/ Elizabeth Clark
Elizabeth Clark

6