# United States Bankruptcy Court

__Eastern__ District of __California__

In re

Rena Farrington, Debtor

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 10-62050

Notice is hereby given that, subject to approval by the court, __Rena Farrington__ substitutes
(Party (s) Name)

__Gary Harre__, State Bar No. __86938__ as counsel of record in
(Name of New Attorney)

place of __Rena Farrington, Pro Se__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Global Capital Law, PC |
| Address: | 17612 Beach Blvd, Ste 8, Huntington Beach, CA 92647 |
| Telephone: | (888) 807-7688      Facsimile (714) 907-4175 |
| E-Mail (Optional): | ghcmecf@gmail.com |

I consent to the above substitution.

Date: 1/10/2011

(Signature of Party (s))

I consent to being substituted.

Date: 1/10/2011

(Signature of Former Attorney(s))

I consent to the above substitution.

Date: 1/10/2011

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                                            Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

FILED
JAN 1 1 2011
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF SERVICE

I, Carolyn Olson, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this Substitution of Attorney was made 1/11/2011 by:
 (date)

__X__ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    Michael H. Meyer, US Trustee    Chase Bank
    PO Box 28950    PO BOX 78148
    Fresno, CA 93729-8950    Phoenix, AZ 85062-8148

____ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

____ Residence Service: By leaving the process with the following adult at:

____ Publication: The defendant was served as follows: [Describe briefly]

____ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]    (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

1/11/2011
Date    Signature

| | |
|---|---|
| Print Name | Carolyn Olson |
| Business Address | 17612 Beach Blvd, Ste 8 |
| City, State, Zip | Huntington Beach CA 92647 |