January 11, 2011

Re: CASE NO. 10-62050-B-13F



FILED
JAN 1 2 2011
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## Letter regarding OPPOSITION OF MOTION FOR ORDER OF DISMISSAL

Honorable Judge Lee,

I am writing to you praying that you give me consideration in the matters of my Bankruptcy. When I had the 341 meeting on Dec.20, 2010 with Deanna Hazelton, I was given until Jan. 25, 2011 to come back, and did not realize that the Hearing scheduled for Jan. 13, 2011 was not automaticly delayed. I apologize profusly that I did not understand the Hearing was still scheduled.

I am requesting that you give my new attorney some time to file the proper Oppostion to the Motion for Dismissal.

Up until this point, I had been representing myself Pro Se because I have been unable to find an attorney to help me with my case for a fee that I can afford. I tried without success to find an attorney in the Eastern District that had knowledge specific to my kind of case, who would work with me finacially. In October I had an attorney Leslie Nadasi, that had agreed to substitute in, but because of medical issues never came forward. I continued to search and have finally found Global Capital Law firm to represent my case. They are experienced in Bankruptcy Law and are members of the American Bankruptcy Institute.

I am a 65 year old handicapped widow, and find myself in a position that I never would have imagined could have happened. Because of my weakened ability to make logical decisions after a series of 5 major operations ( removal of my right kidney, 2 lumbar fusions, bladder, and knee) and the loss of my husband all happening in only a 4 year time span. I find myself the victim of a loan officer who saw it his mission to rob me of all my savings and security with loans that I would never be able to pay off. I filed for Bankruptcy, hoping that I would be able to work out a way to save my home, which I invested my life savings of $300,000.00 in the form of a down payment. I most recently underwent surgery for a Colovaginal Fistula which hospitalized me for 8 days and my recovery has delayed my ability to find proper representation.

I apologize to the court for any actions that I have done that have not followed the proper procedure, and ask that the court show mercy and please forgive me, and give my new attorney some time to file the proper Opposition to the Motion for Dismissal.

Sincerely,

Rena Farrington

cc Michael Meyer Esq, Deanna Hazelton, Gary Harre