FILED
January 14, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D22

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**Case Title :**   Rena E. Farrington

**Case No :**  10–62050 – B – 13
**Date :**   1/13/11
**Time :**   01:30

**Matter :**   [14] – Motion/Application to Dismiss Case for Unreasonable Delay That is Prejudicial to Creditors [MHM–1] Filed by Trustee Michael H. Meyer (dchf)
[14] – Motion/Application to Dismiss Case for Failure to Make Plan Payments [MHM–1] Filed by Trustee Michael H. Meyer (dchf)
[14] – Motion/Application to Dismiss Case/Proceeding [MHM–1] Filed by Trustee Michael H. Meyer (dchf)

**Judge :**   W. Richard Lee
**Courtroom Deputy :**   Jennifer Dauer
**Reporter :**   Linda Gorman
**Department :**   B

**APPEARANCES for :**
**Movant(s) :**
         Trustee's Attorney – Deanna Hazelton
**Respondent(s) :**
(by phone)   Debtor(s) Attorney – Gary L. Harre
         Debtor – Rena E. Farrington

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted.

IT IS FURTHER ORDERED that the case is dismissed effective January 24, 2011.

Dated: January 14, 2011

W. Richard Lee
United States Bankruptcy Judge