

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721-1318

(559) 499-5800
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**1/14/11**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

isaf

# NOTICE OF ENTRY OF ORDER OF DISMISSAL

Case Number:   10-62050 - B - 13

Debtor Name(s), Social Security Number(s), and Address(es):

Rena E. Farrington
xxx-xx-6849

PO Box 3678
Oakhurst, CA 93644

OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:

Rena E. Johnston-Farrington

**NOTICE IS HEREBY GIVEN THAT:**

An order dismissing debtor Rena E. Farrington was entered on the docket in this case on January 14, 2011.  The document number and docket text for this order are set forth below.

[22] - Civil Minute Order Granting [14] Motion/Application To Dismiss Case for Unreasonable Delay That is Prejudicial to Creditors [MHM-1] effective January 24, 2011 (isaf)
[22] - Civil Minute Order Granting [14] Motion/Application To Dismiss Case for Failure to Make Plan Payments [MHM-1] effective January 24, 2011. (isaf)
[22] - Civil Minute Order Granting [14] Motion/Application to Dismiss Case/Proceeding [MHM-1] effective January 24, 2011. (isaf)

Dated:
1/14/11

For the Court,
Wayne Blackwelder , Clerk